**Alan J. SHEPPARD, Plaintiff—Appellant,**

v.

**William O. HIGGINS, as lawyer with Ellis Lawhorne & Sims PA; Ronald C. Owens, as agent with guarantor KRA; Russel Bennett, as guarantor; Charles P. Darby, as guarantor, Defendants—Appellees.**

No. 11–2304.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2012.

Decided: April 30, 2012.

Alan J. Sheppard, Appellant Pro Se.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alan J. Sheppard appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his civil suit for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sheppard v. Higgins*, No. 2:11–cv–01538–DCN, 2011 WL 5119063 (D.S.C. Oct. 28, 2011).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*